James D. Curran, Esq.    SBN 126586
Amy K. Thomas, Esq.    SBN 202876
Wolkin · Curran, LLP
555 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone:    (415) 982-9390
Facsimile:    (415) 982-4328
E-mails:    jcurran@wolkincurran.com
           athomas@wolkincurran.com

Attorneys for Plaintiff
LIBERTY MUTUAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>Plaintiff,<br><br>v.<br><br>UPA CALIFORNIA, et al.<br><br>Defendants. | Case No. CV 08-0611 BZ<br><br>**STIPULATION EXTENDING TIME FOR CERTAIN DEFENDANTS' ANSWERS TO COMPLAINT**<br><br>[LOCAL CIVIL RULE 6-1(a)] |

Pursuant to Local Civil Rule 6-1(a), Plaintiff LIBERTY MUTUAL INSURANCE COMPANY, and Defendants UPA CALIFORNIA, UPA GROUP, INC., UPCAL CONSTRUCTION, INC., UPA RESORT CONSTRUCTION L.C., PRINCIPAL PARTNERS, L.C., AMAKO (U.S.), INC., AMAKO RESORT CONSTRUCTION (U.S.), INC., AMAKO RESORT CONSTRUCTION (CALIFORNIA), INC., AMAKO RESORT CONSTRUCTION, INC., and AMIR ETEMADI hereby agree and stipulate that said Defendants are provided an unspecified extension of time to answer Plaintiff's complaint in this action.

The stipulating parties understand and acknowledge that this stipulation is subject to the limitations of Local Civil Rule 6-1(a), in that this stipulation may not and does not alter the date of any event or any deadline already fixed by this Court.

1.

1  In executing this stipulation, Defendant Amir Etemadi is acting for himself, and on
2  behalf of Defendants UPA California, UPA Group, Inc., UPCAL Construction, Inc., UPA
3  Resort Construction L.C., Principal Partners, L.C., Amako (U.S.), Inc., Amako Resort
4  Construction (U.S.), Inc., Amako Resort Construction (California), Inc., and Amako Resort
5  Construction, Inc., and Defendant Amir Etemadi represents that he is fully authorized to act
6  on behalf of said entities.
7  IT IS SO STIPULATED.

9  Dated: FEB 29, 2008        WOLKIN·CURRAN, LLP

11                             By: _____
                                   James D. Curran

13                             Attorneys for Plaintiff
                               LIBERTY MUTUAL INSURANCE COMPANY

16  Dated: Feb 29th/08         By: _____
                                   Defendant Amir Etemadi
                                   C.E.O