James D. Curran, Esq.      SBN 126586
Amy K. Thomas, Esq.        SBN 202876
Wolkin · Curran, LLP
555 Montgomery Street, Suite 1100
San Francisco, California  94111
Telephone:     (415) 982-9390
Facsimile:     (415) 982-4328
E-mails:       jcurran@wolkincurran.com
               athomas@wolkincurran.com

Attorneys for Plaintiff
LIBERTY MUTUAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>Plaintiff,<br><br>v.<br><br>UPA CALIFORNIA, a California general partnership, UPA GROUP, INC., a California corporation, UPCAL CONSTRUCTION, INC., a Utah corporation, UPA RESORT CONSTRUCTION L.C., a limited liability company, PRINCIPAL PARTNERS, L.C., a limited liability company, AMAKO (U.S.), INC., a corporation, AMAKO RESORT CONSTRUCTION (U.S.), INC., a Washington corporation, AMAKO RESORT CONSTRUCTION (CALIFORNIA), INC., a California corporation, AMAKO RESORT CONSTRUCTION, INC., a corporation, ANDERSON CORPORATION, a corporation, DOUGLAS K. ANDERSON, an individual, and AMIR ETEMADI, an individual,<br><br>Defendants. | Case No. CV 08-0611 BZ<br><br>**AFFIDAVIT OF PERSONAL SERVICE BY AMIR ETEMADI** |

I, Amir Etemadi, declare as follows:

1.    I am a competent adult over the age of 18 years. I am acting in my capacity as an officer of certain named defendants as well as on my own behalf.

1.

2. On February 27, 2008, at the offices of plaintiff Liberty Mutual Insurance Company located at Plymouth Meeting, Pennsylvania, I accepted service of the following documents:

    A. Civil Cover Sheet;

    B. Summons;

    C. Complaint for: (1) Breach of Written Indemnity Agreement; (2) Specific Performance of Written Indemnity Agreement; (3) Injunctive Relief; (4) Declaratory Relief; (5) *Quia Timet*; (6) Breach of Collateral Retention Agreement; (7) Misrepresentation; (8) Breach of Oral Agreement; and (9) Misrepresentation;

    D. Order setting initial case management conference;

    E. Notice of Assignment to Magistrate Judge for Trial;

    F. Welcome to the United States District Court, San Francisco; and

    G. ECF Registration Information Handout

3. I accepted personal service of the aforementioned documents on behalf of myself individually, as well as on behalf of defendants UPA CALIFORNIA, a California general partnership; UPA GROUP, INC., a California corporation; UPCAL CONSTRUCTION, INC., a Utah corporation; UPA RESORT CONSTRUCTION L.C., a limited liability company; PRINCIPAL PARTNERS, L.C., a limited liability company; AMAKO (U.S.), INC., a corporation; AMAKO RESORT CONSTRUCTION (U.S.), INC., a Washington corporation; AMAKO RESORT CONSTRUCTION (CALIFORNIA), INC., a California corporation; and AMAKO RESORT CONSTRUCTION, INC., a corporation.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct, based on my personal knowledge and the information.

Executed this 27th day of February, 2008, in Plymouth Meeting, Pennsylvania.

Amir Etemadi

2.

AFFIDAVIT OF PERSONAL SERVICE BY AMIR ETEMADI      CASE NO. CV 08-0611 BZ