# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

March 20, 2008

To:   Amy Katrin Thomas
      James D. Curran
      Wolkin - Curran, LLP
      555 Montgomery Street, Suite 1100
      San Francisco, CA 94111

Re: Liberty Mutual Insurance Company v. UPA California, et al. - C08-0611 BZ

Dear Counsel:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for **May 5, 2008 at 4:00 p.m.** To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within ten days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

By:   /s/ Lashanda Scott
      Lashanda Scott
      Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd