1  James D. Curran, Esq, SBN 126586
2  Amy K. Thomas, Esq. SBN 202876
3  WOLKIN CURRAN, LLP
4  555 Montgomery Street, Suite 1100
5  San Francisco, CA 94111

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LIBERTY MUTUAL INSURANCE COMPANY

Plaintiff(s),

v.

UPA California, et al.
Defendant(s).

No. CV 08 - 0611 BZ

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: March 28, 2008

_____
Signature

Counsel for ____Plaintiff____
(Plaintiff, Defendant or indicate "pro se")