UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE CO., a Massachusetts Corp.,<br><br>Plaintiff(s),<br><br>v.<br><br>UPA CALIFORNIA, a California general partnership, et al.,<br><br>Defendant(s). | No. C08-0611 BZ<br><br>**CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE** |

**PLEASE TAKE NOTICE** that the Case Management Conference presently scheduled for Monday, May 5, 2008 is **continued** to **Monday, August 11, 2008 at 4:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Case management statements are due seven (7) days prior to the Case Management Conference.

Dated: April 23, 2008

*Rose Maher*
_____
Rose Maher - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

G:\BZALL\-BZCASES\LIBERTY MUTUAL V. UPA CALIFORNIA\CLKS NOTICE CONTINUE CMC.wpd

1