1  Gregory F. Wilson, Esq. (State Bar #78598)
   Matthew F. Quint, Esq. (State Bar #54369)
2  WILSON & QUINT LLP
   250 Montgomery Street, 11th Floor
3  San Francisco, California 94104
   Telephone: (415) 288-6700
4  Facsimile:   (415) 398-1608
   Email:   gregoryfwilson@mac.com
5            mfquint@aol.com

6  Attorneys for Defendants, Counter-claimants
   and Cross-claimants UPA GROUP,
7  L.C., AMAKO RESORT CONSTRUCTION
   (U.S.), INC., and AMIR ETEMADI
8

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13  LIBERTY MUTUAL INSURANCE        )   CASE NO.  C 08-0611 BZ
    COMPANY, a Massachusetts corporation, )
                                     )   **CONSENT TO PROCEED BEFORE A**
14           Plaintiff,              )   **UNITED STATES MAGISTRATE JUDGE**
                                     )
15      vs.                          )
                                     )
16  UPA CALIFORNIA, a California general )
    partnership, UPA GROUP, INC., a  )
17  California corporation, UPCAL    )
    CONSTRUCTION, INC., a Utah       )
18  corporation, UPA RESORT          )
    CONSTRUCTION L.C., a limited liability )
19  company, PRINCIPAL PARTNERS, L.C., )
    a limited liability company, AMAKO )
20  (U.S.), INC., a corporation, AMAKO )
    RESORT CONSTRUCTION (U.S.), INC., )
21  a Washington corporation, AMAKO  )
    RESORT CONSTRUCTION              )
22  (CALIFORNIA), INC., a California )
    corporation, AMAKO RESORT        )
23  CONSTRUCTION, INC., a corporation, )
    ANDERSON CORPORATION, a          )
24  corporation, DOUGLAS K. ANDERSON, )
    an individual, and AMIR ETEMADI, an )
25  individual,                      )
                                     )
26           Defendants.             )
    _____)
27

28

                                    1
_____
       CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the Defendants, Counter-claimants and Cross-claimants UPA GROUP, L.C., AMAKO RESORT CONSTRUCTION (U.S.), INC., and AMIR ETEMADI hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: May 9, 2008

        WILSON & QUINT LLP

        By: /s/ GREGORY F. WILSON
            Gregory F. Wilson, Esq.
        Attorneys for Defendants, Counter-claimants and
        Cross-claimants UPA GROUP, L.C., AMAKO RESORT
        CONSTRUCTION (U.S.), INC., and AMIR ETEMADI