James D. Curran, Esq.    SBN 126586
Amy K. Thomas, Esq.    SBN 202876
Wolkin · Curran, LLP
555 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone:    (415) 982-9390
Facsimile:    (415) 982-4328
E-mails:    jcurran@wolkincurran.com
            athomas@wolkincurran.com

Attorneys for Plaintiff
LIBERTY MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>Plaintiff,<br><br>v.<br><br>UPA CALIFORNIA, *et al.*,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS | Case No. CV 08-0611 BZ<br><br>**PLAINTIFF LIBERTY MUTUAL INSURANCE COMPANY'S NOTICE OF PARTIAL DISMISSAL AS TO DEFENDANTS DOUGLAS K. ANDERSON AND ANDERSON CORPORATION ONLY** |

TO THE COURT, ALL PARTIES AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff LIBERTY MUTUAL INSURANCE COMPANY ("Liberty") hereby voluntarily dismisses all causes of action asserted against named defendants Douglas K. Anderson and Anderson Corporation. Said defendants have never been served with Liberty's complaint or the summons in this matter, and have never answered or otherwise appeared.

The dismissal of defendant Douglas K. Anderson is with prejudice. The dismissal of defendant Anderson Corporation is without prejudice.

///

///

1.

1 |     Liberty does not dismiss any claims or causes of action against any other defendants
2 | in this matter; this Notice and Liberty's partial dismissals are limited to defendants Douglas
3 | K. Anderson and Anderson Corporation.

Dated: June 2, 2008

WOLKIN • CURRAN, LLP

By: _____
    James D. Curran
    Amy K. Thomas

Attorneys for Plaintiff
LIBERTY MUTUAL INSURANCE COMPANY