UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Liberty Mutual Insurance Company

                                  Plaintiff(s),

                              v.

UPA California, et al.

                                 Defendant(s).

CASE NO. CV 08-0611 BZ

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

        have not yet reached an agreement to an ADR process
   ✓   request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference August 11, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Amy K. Thomas | Plaintiff | 415-982-9390 x115 | athomas@wolkincurran.com |
| Gregory F. Wilson | Defendants (see below) | 775-786-7600 | gregoryfwilson@mac.com |

(Defendants UPA Group, L.C., Amako Resort Construction (U.S.), Inc., and Amir Etemadi only.)

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: July 21, 2008

                                                                     Amy K. Thomas
                                                                     Attorney for Plaintiff

Dated: July 21, 2008

                                                                     Gregory F. Wilson
                                                                     Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."