James D. Curran, Esq.        SBN 126586
Amy K. Thomas, Esq.          SBN 202876
Wolkin · Curran, LLP
555 Montgomery Street, Suite 1100
San Francisco, California  94111
Telephone:    (415) 982-9390
Facsimile:    (415) 982-4328
E-mails:      jcurran@wolkincurran.com
              athomas@wolkincurran.com

Attorneys for Plaintiff
LIBERTY MUTUAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>UPA CALIFORNIA, *et al.*,<br><br>    Defendants.<br><br>AND RELATED CROSS-CLAIMS | Case No. CV 08-0611 BZ<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil Local Rule 3-16, and Federal Rule of Civil Procedure 7.1, Plaintiff Liberty Mutual Insurance Company ("Liberty") hereby submits its Certification of Interested Entities or Persons.

Liberty is a privately-owned corporate entity, held by Liberty Mutual Holding Company, Inc.  There are no publicly-held corporations owning 10% or more of Liberty Mutual's stock.

Dated: 8/4/2008            WOLKIN • CURRAN, LLP


                           By:  */s/ Amy K. Thomas*
                                Amy K. Thomas

                           Attorneys for Plaintiff
                           LIBERTY MUTUAL INSURANCE COMPANY

1.