Gregory F. Wilson, Esq. (State Bar #78598)
Matthew F. Quint, Esq. (State Bar #54369)
WILSON & QUINT LLP
250 Montgomery Street, 11th Floor
San Francisco, California 94104
Telephone: (415) 288-6700
Facsimile:   (415) 398-1608
Email:   gregoryfwilson@mac.com
         mfquint@aol.com

Attorneys for Defendants, Counter-claimants
and Cross-claimants UPA GROUP, L.C.,
AMAKO RESORT CONSTRUCTION
(U.S.), INC., and AMIR ETEMADI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UPA CALIFORNIA, et al.,<br><br>Defendants.<br>_____<br><br>AND RELATED COUNTERCLAIM AND CROSS-CLAIM.<br>_____ | CASE NO.  C 08-0611 BZ<br><br>**DEFENDANTS UPA GROUP, L.C. AND AMAKO RESORT CONSTRUCTION (U.S.), INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Federal Rule of Civil Procedure Rule 7.1 and Civil Local Rule 3-16, Defendants UPA GROUP, L.C., a Utah limited liability company, formerly known as UPA Resort Construction, L.C. and AMAKO RESORT CONSTRUCTION (U.S.), INC., a Washington corporation, by and through their counsel, hereby submit their Certification of Interested Entities or Persons.

Defendant UPA Group, L.C. is a Utah limited liability company formerly known as UPA Resort Construction, L.C. and is wholly owned by UPA Group Holdings, Inc., a Nevada corporation that filed its Chapter 11 petition in bankruptcy on or about April 1, 2008.  There are

no publicly held corporations owning ten percent (10%) or more of Defendant UPA Group, L.C.'s stock.

Defendant Amako Resort Construction (U.S.), Inc. is a Washington corporation wholly owned by Amako (U.S.), Inc., a Washington corporation that filed its Chapter 11 petition in bankruptcy on or about April 1, 2008. There are no publicly held corporations owning ten percent (10%) or more of Defendant Amako Resort Construction (U.S.), Inc.'s stock.

DATED: August 4, 2008

WILSON & QUINT LLP

By: /s/ GREGORY F. WILSON
    Gregory F. Wilson, Esq.
Attorneys for Defendants, Counter-claimants and Cross-claimants UPA GROUP, L.C., AMAKO RESORT CONSTRUCTION (U.S.), INC., and AMIR ETEMADI