# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTE ORDER**

**Magistrate Judge BERNARD ZIMMERMAN**

Date: **8/11/08**

Time: 4:00p.m.

**C -08-611 BZ**

**Liberty Mutual Insurance Company** v **UPA California, et al.**

Attorneys:   Pltf.: Amy K. Thomas   Defts: Gregory F. Wilson

Deputy Clerk: **Simone Voltz**   Reporter: **4:28-4:55**

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Initial Case Management Conference | Held |
| 2. | |

( ) Status Conference   ( ) P/T Conference   ( x ) Case Management Conference

**ORDERED AFTER HEARING:**

( x ) ORDER TO BE PREPARED BY:   Pltnf_____ Deft_____ Court_x_

( ) Referred to Magistrate Judge For:

( ) CASE CONTINUED TO_____ for _____

Discovery Cut-Off_____ Expert Discovery Cut-Off_____

Plntf to Name Experts by _____ Deft to Name Experts by_____

P/T Conference Date_____ Trial Date_9/21/09_(Tentative) Set for _ days
Type of Trial: ( )Jury   ( x )Court
Notes: __If case does not settle a Further CMC is set for 12-8-08 at 4:00p.m.__