UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE CO., a Massachusetts Corp., <br><br>Plaintiff(s), <br><br>v. <br><br>UPA CALIFORNIA, a California general partnership, et al., <br><br>Defendant(s). | No. C08-0611 BZ <br><br>**CASE MANAGEMENT AND SCHEDULING ORDER** |

Following a case management conference, **IT IS HEREBY ORDERED THAT:**

1.  Plaintiff and appearing defendants shall exchange all information necessary to evaluate the case for settlement by no later than **Wednesday, September 10, 2008.**

2.  A court trial is set for **Monday, September 21, 2009.**

3.  At the joint request of the parties, I am willing to preside over a settlement conference, which is scheduled for **Thursday, October 16, 2008, at 9:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

1

1    Plaintiff and appearing defendants shall submit a
2 stipulation by no later than **Wednesday, August 27, 2008,**
3 consenting to my conducting the settlement conference and
4 serving as trial judge, and waiving any potential conflicts
5 that might arise from my conducting both proceedings.  See ADR
6 Local Rule 7-2.
7    Lead trial counsel shall appear at the Settlement
8 Conference with the parties.  Any party who is not a natural
9 person shall be represented by the person or persons **not**
10 **directly involved** in the events which gave rise to the
11 litigation but with **full** authority to negotiate a settlement.
12 A person who needs to call another person not present before
13 accepting, rejecting or making any settlement offer does not
14 have full authority.  An insured party shall appear with a
15 representative of the carrier with full authority to negotiate
16 up to the limits of coverage.  The Court shall be notified
17 immediately if the carrier declines to attend.  Personal
18 attendance of a party representative will **not** be excused by
19 the Court.
20    Each party shall prepare a Settlement Conference
21 Statement, which must be served on opposing counsel and lodged
22 (not faxed) with my chambers no later than **October 10, 2008**.
23 The Statement shall **not** be filed with the Clerk of the Court.
24 The Statement **may** be submitted on CD-ROM with hypertext links
25 to exhibits.  Otherwise, the portion of exhibits on which the
26 party relies **shall** be highlighted.  The Settlement Conference
27 Statement shall not exceed ten pages of text and twenty pages
28 of exhibits and shall include the following:

1          a.    A brief statement of the facts of the case.
2          b.    A brief statement of the claims and defenses
3    including, but not limited to, statutory or other grounds upon
4    which the claims are founded.
5          c.    A summary of the proceedings to date and any pending
6    motions.
7          d.    An estimate of the cost and time to be expended for
8    further discovery, pretrial and trial.
9          e.    For any party seeking relief, a description of the
10   relief sought, including an itemization of damages.
11         f.    The parties' position on settlement, including
12   present demands and offers and a history of past settlement
13   discussions.  The Court's time can best be used to assist the
14   parties in completing their negotiations, not in starting
15   them.  If plaintiff seeks attorney's fees and costs,
16   plaintiff's counsel shall either include the fee claim in the
17   demand or make a separate, simultaneous demand for fees and
18   costs.  Counsel shall be prepared at the conference to provide
19   sufficient information to defendant to enable the fee claim to
20   be evaluated for purposes of settlement.  The parties are
21   urged to carefully evaluate their case before taking a
22   settlement position since extreme positions hinder the
23   settlement process.
24         Along with the Statement each party shall lodge with the
25   court a document of no more than three pages containing a
26   **candid** evaluation of the parties' likelihood of prevailing on
27   the claims and defenses, and any other information that party
28   wishes not to share with opposing counsel.  The more candid

3

1  the parties are, the more productive the conference will be.
2  This document shall not be served on opposing counsel.
3       It is not unusual for conferences to last three or more
4  hours.  Parties are encouraged to participate and frankly
5  discuss their case.  Statements they make during the
6  conference will not be admissible at trial in the event the
7  case does not settle.  The parties should be prepared to
8  discuss such issues as:
9       a. Their settlement objectives.
10      b. Any impediments to settlement they perceive.
11      c. Whether they have enough information to discuss
12 settlement.  If not, what additional information is needed.
13      d. The possibility of a creative resolution of the
14 dispute.
15      The parties shall notify my chambers immediately if this
16 case settles prior to the date set for settlement conference.
17 Counsel shall provide a copy of this order to each party who
18 will participate in the conference.
19      4.  A further case management conference is set for
20 **Monday, December 8, 2008 at 4:00 p.m.** in the event the matter
21 does not settle.  The parties shall file an updated case
22 management conference by no later than **Monday, December 1,**
23 **2008.**
24 Dated: August 19, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\LIBERTY MUTUAL V. UPA CALIFORNIA\CASE MANAGEMENT AND TRIAL SETTING ORDER.wpd

4