```
James D. Curran, Esq.      SBN 126586
Amy K. Thomas, Esq.        SBN 202876
Wolkin · Curran, LLP
555 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone:   (415) 982-9390
Facsimile:   (415) 982-4328
E-mails:     jcurran@wolkincurran.com
             athomas@wolkincurran.com
```

Attorneys for Plaintiff
LIBERTY MUTUAL INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>Plaintiff,<br><br>v.<br><br>UPA CALIFORNIA, *et al.*,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS | Case No. CV 08-0611 BZ<br><br>**STIPULATION<br>(ADR LOCAL RULE 7-2)** |

In accordance with the Case Management and Scheduling Order as filed in this matter on August 19, 2008, and pursuant to ADR Local Rule 7-2, Plaintiff Liberty Mutual Insurance Company (**"Plaintiff"**), and Defendants UPA Group, L.C., Amako Resort Construction (U.S.), Inc., and Amir Etamadi (collectively, **"Appearing Defendants"**), hereby agree and stipulate that:

(1)   the Magistrate Judge assigned to this matter, The Hon. Bernard Zimmerman, may conduct the settlement conference presently scheduled for October 16, 2008; and

///

1.

1         (2)    said Magistrate Judge's conduct of that settlement conference is not, and
2  shall not subsequently be construed or argued by either Plaintiff or Appearing Defendants to
3  be, any conflict, bar or impediment to said Magistrate Judge's going-forward administration
4  of, and service as the trial judge for, this matter.
5         Plaintiff and Appearing Defendants expressly acknowledge that this Stipulation
6  serves to waive any potential conflicts that arise or might arise from The Hon. Bernard
7  Zimmerman's conduct of the October 16, 2008 settlement conference, and his service as
8  Magistrate Judge for the pre-trial proceedings and trial in this matter. However, nothing in
9  this Stipulation is, or may be construed as, any waiver of either the confidentiality
10 provisions of ADR Local Rule 7-5, or any evidentiary privileges or objections.
11        **IT IS SO STIPULATED.**

13 Dated: 8/27/08              WOLKIN • CURRAN, LLP

15                             By: _____
                                   James D. Curran
16                                 Amy K. Thomas

17                             Attorneys for Plaintiff
                               LIBERTY MUTUAL INSURANCE COMPANY

20 Dated: 8/26/08              WILSON & QUINT, LLP

22                             By: _____
                                   Gregory F. Wilson
23
                               Attorneys for Defendants
24                             UPA GROUP, L.C., AMAKO RESORT
                               CONSTRUCTION (U.S.), INC., AND AMIR
25                             ETAMADI

                                        2.
STIPULATION                                                    CASE NO. CV 08-0611 BZ
(ADR LOCAL RULE 7-2)