UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE CO., a Massachusetts Corp., <br><br> Plaintiff, <br><br> v. <br><br> UPA CALIFORNIA, a California general partnership, et al., <br><br> Defendants. | No. C08-0611 BZ <br><br> **BRIEFING ORDER** |

Having received plaintiff's motion to dismiss defendant's counterclaims for failure to state a claim upon which relief can be granted, scheduled for hearing on November 26, 2008, **IT IS HEREBY ORDERED** as follows:

1. Defendant's opposition shall be filed by **October 10, 2008**; and

2. Plaintiff's reply, if any, shall be filed by **October 20, 2008.**

Dated: September 24, 2008

　　　　　　　　　　　　　　　　　／s／ Bernard Zimmerman
　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\LIBERTY MUTUAL V. UPA CALIFORNIA\BRIEFING ORDER.wpd

1