UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE CO., a Massachusetts Corp., <br><br> Plaintiff(s), <br><br> v. <br><br> UPA CALIFORNIA, a California general partnership, et al., <br><br> Defendant(s). | No. C08-0611 BZ <br><br> **ORDER SCHEDULING STATUS CONFERENCE** |

The court has received defendant's motion for relief, which is scheduled for hearing on December 3, 2008. The court will not make a final ruling on the motion to dismiss until after it has resolved the motion for relief so the hearing scheduled for November 26, 2008 is **VACATED**.

The court has a number of issues to discuss with counsel. A status conference is therefore scheduled for **Monday, November 10, 2008 at 4:00 p.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Anyone wishing to appear by telephone shall contact **CourtCall**, telephonic court appearances at **1-888-882-**

1

**6878**, and make arrangements for the telephonic conference call.

Dated: October 28, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\LIBERTY MUTUAL V. UPA CALIFORNIA\ORDER SCHEDULING STATUS CONFERENCE.wpd

2