RECEIVED
08 NOV -4 AM 10: 21
CLERK, U.S. DISTRICT...
NORTHERN DISTRICT...
CALIFORNIA

E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Liberty Mutual Insurance Company, a Massachusetts corporation,

    Plaintiff,

v.

UP California, et al.,

    Defendant.
_____/

CASE NO. C 08-0611 BZ

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Stewart O. Peay, whose business address and telephone number is

Snell & Wilmer L.L.P., 15 West South Temple, Suite 1200, Salt Lake City, UT 84101; Telephone (801) 257-1527

and who is an active member in good standing of the bar of Utah

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Douglas Anderson, et al.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: November 5, 2008

*[signature]*
Bernard Zimmerman
United States Magistrate Judge