UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LIBERTY MUTUAL INSURANCE CO., a Massachusetts Corp., | ) ) ) | No. C08-0611 BZ |
| Plaintiff(s), | ) ) | |
| v. | ) ) | **AMENDED ORDER GRANTING UPA DEFENDANTS' REQUEST FOR RELIEF** |
| UPA CALIFORNIA, a California general partnership, et al., | ) ) ) | |
| Defendant(s). | ) ) | |

Before the court is the motion of the UPA defendants for relief pursuant to Rule 60(b)(1) from the consequences of their failure to file a timely opposition to Liberty Mutual's motion to dismiss their counterclaims. The UPA defendants' motion for relief was filed on October 22, 2008, approximately 12 days after its opposition was due. The due date was set by court order which shortened the usual opposition time. The order was filed and served electronically. The UPA defendants contend their late filing constituted excusable neglect and support their position with a declaration of counsel. He explains the difficulties he has had accessing the electronic

1

case filing system from his Apple computer, difficulties that were compounded in recent months because he has had trouble receiving e-mails and has changed internet service providers to try to resolve his e-mail problems. Counsel also attests he attempted to avoid this motion by stipulation and Liberty's counsel would not accommodate him.

In its opposition, Liberty Mutual claims that the problems that defense counsel was experiencing were the sort of administrative difficulties which do not constitute excusable neglect and asserts that it would be prejudiced if the motion is granted because that would delay the hearing of their motion to dismiss by a few weeks. However, the prejudice Liberty Mutual contends it will suffer is easily cured.

Accordingly, the court finds as follows:

1. There is no need for a reply or oral argument and the court vacates the hearing presently scheduled for December 3, 2008 on this motion.

2. The court finds that there was excusable neglect such that the UPA defendants are **GRANTED** leave to file the opposition which they filed on November 10, 2008. The reply shall be filed by **Thursday, November 20, 2008**. Liberty Mutual's motion to dismiss will heard on **Wednesday, December 3, 2008 at 10:00 a.m.**, only 7 days later than originally noticed.

Dated: November 13, 2008

*Bernard Zimmerman*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\LIBERTY MUTUAL V. UPA CALIFORNIA\AMENDED ORDER GRANTING DEF'S REQST. FOR RELIEF.wpd

2