UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE CO., a Massachusetts Corp.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UPA CALIFORNIA, a California general partnership, et al.,<br><br>　　　　　Defendants. | No. C08-0611 BZ<br><br>**ORDER VACATING SETTLEMENT CONFERENCE AND SCHEDULING A FURTHER STATUS CONFERENCE** |

　　　Following a status conference held between the parties on November 10, 2008, **IT IS HEREBY ORDERED AS FOLLOWS**:

　　　1.　The further case management conference previously scheduled for December 8, 2008 is **VACATED**;

　　　2.　Any settlement conference currently scheduled is **VACATED**;

　　　3.　Liberty Mutual's motion to dismiss is hereby **advanced** for hearing on **December 3, 2008 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

　　　4.　A further status conference, including the Anderson

1

1 | defendants, is scheduled for **December 22, 2008 at 4:00 p.m.**

2 | Dated: November 13, 2008

```
                              _____
                                    Bernard Zimmerman
                              United States Magistrate Judge
```

G:\BZALL\-BZCASES\LIBERTY MUTUAL V. UPA CALIFORNIA\ORDER VACATING SETTLEMENT CONFERENCE AND SCHEDULING FURTHER STAT. CONF.wpd

2