UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE CO., a Massachusetts Corp.,<br><br>    Plaintiff(s),<br><br>    v.<br><br>UPA CALIFORNIA, a California general partnership, et al.,<br><br>    Defendant(s). | No. C08-0611 BZ<br><br>**ORDER GRANTING LEAVE TO AMEND** |

Having read the papers filed in connection with Liberty Mutual's motion to dismiss the counterclaim, I find no need for argument and **VACATE** the hearing scheduled for **December 3, 2008.**

**IT IS HEREBY ORDERED** that the motion to dismiss the counterclaim is **GRANTED** with leave to amend. I find the allegations of the counterclaim replete with legal conclusions but short of factual allegations, especially the first two claims. See Bell Atl. Corp. v. Twombly, 127 S. Ct. 1955, 1965 (2007) (citing Papasan v. Allain, 478 U.S. 265, 286 (1986) (on a motion to dismiss, courts "are not bound to accept as true a legal conclusion couched as a factual allegation")).

1

In amending, counterclaimants shall allege which contracts they claim Liberty Mutual breached and how it breached them.  They shall allege what Liberty Mutual did to breach the covenant of good faith and fair dealing.  They should clarify what duty they claim Liberty owed them that was breached by failing to obtain the executed amendment from Anderson.

Counterclaimants shall file an amended counterclaim by **December 15, 2008.**

Dated: November 18, 2008

                              Bernard Zimmerman
                     United States Magistrate Judge

G:\BZALL\-BZCASES\LIBERTY MUTUAL V. UPA CALIFORNIA\ORDER GRANTING LEAVE TO AMEND.wpd