UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
LIBERTY MUTUAL INSURANCE    )
CO., a Massachusetts Corp., )
                            )    No. C08-0611 BZ
          Plaintiff,        )
                            )    BRIEFING ORDER
     v.                     )
                            )
UPA CALIFORNIA, a California)
general partnership, et al.,)
                            )
                            )
          Defendants.       )
                            )
```

Having received plaintiff's motion to dismiss defendants' first amended counterclaims for failure to state a claim upon which relief can be granted, scheduled for hearing on February 18, 2009, **IT IS HEREBY ORDERED** as follows:

1.  Defendants' opposition shall be filed by **January 21, 2009**; and

///

///

///

///

1

2.   Plaintiff's reply, if any, shall be filed by **January 28, 2009.**

Dated: January 6, 2009

                                         Bernard Zimmerman
                                  United States Magistrate Judge

G:\BZALL\-BZCASES\LIBERTY MUTUAL V. UPA CALIFORNIA\BRIEFING ORDER.MOT.TO DISMISS AMN'D COUNTERCLAIMS.wpd