

Clerk's Use Only
Initial for fee pd.:

Mark O. Morris
Snell & Wilmer L.L.P.
15 W. South Temple, Suite 1200
Salt Lake City, UT 84101
Telephone: (801) 257-1527

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Liberty Mutual Insurance Company, a Massachusetts corporation,

    Plaintiff(s),

v.

UPA California, et al.

    Defendant(s).

CASE NO. C 08-0611 BZ

**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Mark O. Morris, an active member in good standing of the bar of Utah, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Douglas Anderson, et al. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Brendan Ford, Snell & Wilmer L.L.P., 600 Anton Blvd, Suite 1400
Costa Mesa, California 92626-7689; Telephone: (714) 427-7448

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 27 Jan. 2009

Mark O. Morris

RECEIVED
JAN 2 9 2009
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Liberty Mutual Insurance Company, a Massachusetts corporation,

    Plaintiff,

v.

UP California, et al.,

    Defendant.

_____/

CASE NO. C 08-0611 BZ

**(Proposed)**
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

Mark O. Morris, whose business address and telephone number is Snell & Wilmer L.L.P., 15 West South Temple, Suite 1200, Salt Lake City, UT 84101; Telephone (801) 257-1527

and who is an active member in good standing of the bar of Utah having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Douglas Anderson, et al.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 3 Feb 09

Bernard Zimmerman
United States Magistrate Judge