LAW OFFICES
# WILSON & QUINT LLP

GREGORY F WILSON

11TH FLOOR
250 MONTGOMERY STREET
SAN FRANCISCO, CALIFORNIA 94104-3420
TELEPHONE (415) 288-6700
FACSIMILE (415) 398-1608

RENO OFFICE
_____

417 WEST PLUMB LANE
RENO, NEVADA 89509
TELEPHONE: 775 786 7600
FACSIMILE: 775 786 7764

February 17, 2009

*Via Electronic Filing and Facsimile to 415.522.4694*

The Honorable Magistrate Judge Bernard Zimmerman
United States District Court
Northern District of California
San Francisco Division
450 Golden Gate Avenue
Courtroom G, 15th Floor
San Francisco, CA 94102

*Liberty Mutual Insurance Company v. UPA California, et al.*
**United States District Court, Northern District of California, San Francisco Division
Case No. C08-00611 BZ**

Dear Judge Zimmerman:

I represent defendants and counter-claimants in the captioned matter. Plaintiff's motion to dismiss first amended counterclaim is set for argument for tomorrow, Wednesday, February 18, 2009 at 10 am. Pursuant to the Clerk's Notice (Document #68) and the Court's Tentative Ruling (Document #68-2), on February 15th, I advised plaintiff's counsel by e-mail that defendants and counter-claimants accept the Court's tentative ruling. This morning I received an e-mail response that plaintiff wishes to go forward with the scheduled hearing.

My primary office is in Reno, Nevada where I am presently and where snow continues to fall. I therefore respectfully request that the Court permit me to appear telephonically at tomorrow's 10 am hearing rather than travel to the Bay Area for oral argument.

I greatly appreciate the Court's consideration of this request. If there are questions, I may be reached at 775.786.7600 (office) or 775.813.8460 (cell).

Very truly yours,

Gregory F. Wilson

cc:   James D. Curran, Esq. (via email)

**2/17/2009 - Permission GRANTED due to weather conditions.**

[GRANTED — Judge Bernard Zimmerman, United States District Court, Northern District of California seal]