

**Snell & Wilmer**
L.L.P.
LAW OFFICES

15 West South Temple
Suite 1200
Beneficial Tower
Salt Lake City, UT 84101
801.257.1900
801.257.1800 (Fax)
www.swlaw.com

DENVER
LAS VEGAS
ORANGE COUNTY
PHOENIX
SALT LAKE CITY
TUCSON

Stewart O. Peay
801.257.1527
speay@swlaw.com

February 17, 2009

**Via Electronic Filing**

The Honorable Bernard Zimmerman
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom G, 15th Floor
San Francisco, CA  94102

      Re: *Liberty Mutual Insurance Company v. UPA California, et al.*
           Case No. C08-00611 BZ
           Our Clients:  Doug Anderson, Anderson Corporation and UPCAL Construction

Dear Judge Zimmerman:

      I represent Third Party Defendants, Doug Anderson, Anderson Corporation and UPCAL Construction, in the above-referenced matter.  Plaintiff's motion to dismiss first amended counterclaim is set for argument for tomorrow, Wednesday, February 18, 2009 at 10:00 a.m.  Counsel in this matter have communicated to me that the hearing will go forth as scheduled.

      My office is in Salt Lake City, Utah and I therefore respectfully request that the Court permit me to appear telephonically at tomorrow's 10:00 a.m. hearing rather than travel to the Bay Area for oral argument.

      I greatly appreciate the Court's consideration of this request.  If there are questions, I may be reached at 801.257.1527.

                              Sincerely,

                              Snell & Wilmer

                              Stewart O. Peay

SOP:crm

*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*
**GRANTED**
Judge Bernard Zimmerman
2/17/2009

9523065.1    Snell & Wilmer is a member of LEX MUNDI, The Leading Association of Independent Law Firms.