1  James D. Curran, Esq.        SBN 126586
   Shashauna Szczechowicz, Esq.  SBN 249102
2  Wolkin · Curran, LLP
   555 Montgomery Street, Suite 1100
3  San Francisco, California  94111
   Telephone:    (415) 982-9390
4  Facsimile:    (415) 982-4328
   E-mails:      jcurran@wolkincurran.com
5                sszczechowicz@wolkincurran.com

6  Attorneys for Plaintiff and Counter-Defendant
   LIBERTY MUTUAL INSURANCE COMPANY
7

8

9               UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12

13  LIBERTY MUTUAL INSURANCE          Case No. CV 08-0611 BZ
    COMPANY, a Massachusetts corporation,
14                                    **FIRST AMENDED ORDER
              Plaintiff,              SCHEDULING COURT TRIAL AND
15                                    PRETRIAL MATTERS
                                      [~~PROPOSED~~]**
16            v.

17  UPA CALIFORNIA, a California general   TRIAL DATE:  November 11, 2009
    partnership, et al.,
18
              Defendants.
19  _____
20  AND RELATED COUNTER-CLAIM
    AND CROSS-CLAIM.
21

22         The Court, having considered the parties' stipulation, hereby amends its December

23  23, 2008 Order Scheduling Court Trial and Pretrial Matters in the following respects.

24         The parties shall complete all non-expert discovery, including depositions, by

25  **Friday, July 17, 2009.**

26         Plaintiff shall disclose experts and produce reports in accordance with Fed. R. Civ. P.

27  26(a)(2) by **Friday, July 24, 2009.**

28
                                    1.
    _____
    First Amended Order Scheduling Court Trial and Pretrial Matters        CASE NO.: 2:08-CV-0611-BZ

1    Defendants shall disclose experts and reports, in accordance with Fed. R. Civ. P.

2  26(a)(2), including any rebuttal to Plaintiff's expert reports, if needed, by **Friday, August 7,**

3  **2009**.

4    Plaintiff shall disclose any rebuttal expert and reports, in accordance with Fed. R.

5  Civ. P. 26(a)(2), to Defendant's expert reports, if needed, by **Friday, August 14, 2009**.

6    The parties shall complete all expert discovery, including depositions, by **Friday,**

7  **August 21, 2009**.

8    The parties shall file all dispositive motions so that such motions are noticed on the

9  Court's calendar in accordance with the local rules and heard by the Court on or before

10  **Wednesday, ~~September 30, 2009~~**.   **August 12, 2009**

11    The Pretrial Conference remains set for **Tuesday, October 27, 2009, at 4:00 p.m.**

12    The Trial Date remains set for **Monday, November 16, 2009, at 9:00 a.m.**

13    All other provisions of the Court's December 23, 2008 Order Scheduling Court Trial

14  and Pretrial Matters remain in full force and effect.

15

16    **IT IS SO ORDERED.**

17

18  Dated:   May 21, 2009

19    The Honorable B[...]
    United States Dis[...]

20

21    APPROVED AS TO FORM AND CONTENT

22    **WOLKIN • CURRAN, LLP**

23  Dated: May 20, 2009

24

25  By: _____
        James D. Curran
        Shashauna Szczechowicz

26

27    Attorneys for Plaintiff, LIBERTY MUTUAL
    INSURANCE COMPANY

28

2.

1

Dated:  May 20, 2009

2

**WILSON & QUINT LLP**

3

4

By: _____

5

Gregory F. Wilson

6

Attorney for Defendants/Counter-Claimants
AMIR ETEMADI, UPA GROUP L.C., AMAKO
RESORT CONSTRUCTION (U.S.), INC.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3.