James D. Curran, Esq.        SBN 126586
Shashauna Szczechowicz, Esq.  SBN 249102
Wolkin · Curran, LLP
555 Montgomery Street, Suite 1100
San Francisco, California  94111
Telephone:    (415) 982-9390
Facsimile:    (415) 982-4328
E-mails:      jcurran@wolkincurran.com
              sszczechowicz@wolkincurran.com

Attorneys for Plaintiff and Counter-Defendant
LIBERTY MUTUAL INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>UPA CALIFORNIA, a California general partnership, *et al.*,<br><br>        Defendants.<br>_____<br>AND RELATED COUNTER-CLAIM AND CROSS-CLAIM. | Case No. CV 08-0611 BZ<br><br>**SECOND AMENDED ORDER SCHEDULING COURT TRIAL AND PRETRIAL MATTERS [PROPOSED]**<br><br>TRIAL DATE:  November 11, 2009 |

The Court, having considered the parties' stipulation, hereby amends its December 23, 2008 Order Scheduling Court Trial and Pretrial Matters, subsequently amended on May 21, 2009, in the following respect.

The parties shall complete all non-expert discovery, including depositions, by **Friday, July 31, 2009**.

Plaintiff shall disclose experts and produce reports, in accordance with Fed. R. Civ. P. 26(a)(2), by **Friday, August 7, 2009**.

1.

1  Defendants shall disclose experts and reports, in accordance with Fed. R. Civ. P.

2  26(a)(2), including any rebuttal to Plaintiff's expert reports, if needed, by **Friday, August**

3  **21, 2009**.

4  Plaintiff shall disclose any rebuttal expert and reports in accordance with Fed. R.

5  Civ. P. 26(a)(2) to Defendant's expert reports, if needed, by **Friday, August 28, 2009**.

6  The parties shall complete all expert discovery, including depositions, by **Friday,**

7  **September 4, 2009**.

The parties shall file all dispositive motions by August 12, 2009. Opposition by

8  ~~The parties shall file all dispositive motions so that such motions are noticed on the~~

August 26, 2009.  Reply by September 2, 2009.  Such motions shall be heard on

9  ~~Court's calendar in accordance with the local rules and heard by the Court on or before~~

10  **Wednesday, September 23, 2009**.

11  The Pretrial Conference remains set for **Tuesday, October 27, 2009, at 4:00 p.m.**

12  The Trial Date remains set for **Monday, November 16, 2009, at 9:00 a.m.**

13  All other provisions of the Court's December 23, 2008 Order Scheduling Court Trial

14  and Pretrial Matters remain in full force and effect.

15  **IT IS SO ORDERED.**

16

17  Dated:  ___June 22, 2009___          _____

18  The Honorable Bernard Zimmerman
    United States District Court Magistrate Judge

19

20  APPROVED AS TO FORM AND CONTENT:

21

22  Dated: June 19, 2009          **WOLKIN • CURRAN, LLP**

23

24  By: _____
    James D. Curran
    Shashauna Szczechowicz

25

26  Attorneys for Plaintiff, LIBERTY MUTUAL
    INSURANCE COMPANY

27

28

SECOND AMENDED ORDER SCHEDULING COURT TRIAL AND          CASE NO.: 2:08-CV-0611-BZ
PRETRIAL MATTERS

Dated: June 18, 2009

**WILSON & QUINT LLP**

By: _____
Gregory F. Wilson

Attorney for Defendants/Counter-Claimants
AMIR ETEMADI, UPA GROUP L.C., AMAKO
RESORT CONSTRUCTION (U.S.), INC.

3.