James D. Curran, Esq.          SBN 126586
Shashauna Szczechowicz, Esq.   SBN 249102
Wolkin · Curran, LLP
555 Montgomery Street, Suite 1100
San Francisco, California  94111
Telephone:    (415) 982-9390
Facsimile:    (415) 982-4328
E-mails:      jcurran@wolkincurran.com
              sszczechowicz@wolkincurran.com

Attorneys for Plaintiff and Counter-Defendant
LIBERTY MUTUAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>Plaintiff,<br><br>v.<br><br>UPA CALIFORNIA, a California general partnership, *et al.*,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIM AND CROSS-CLAIM. | Case No. CV 08-0611 BZ<br><br>**THIRD AMENDED ORDER TO CONTINUE DISCOVERY MATTERS**<br><br>Trial Date:  November 16, 2009 |

The Court, having considered the parties' stipulation, hereby amends its December 23, 2008 Order Scheduling Court Trial and Pretrial Matters, subsequently amended on May 21, 2009 and on June 22, 2009, in the following respects.

The parties shall complete all non-expert discovery, including depositions, by **Friday, August 14, 2009**.

1.

///

In all other respects, the matters, dates and deadlines set out in the Court's June 22, 2009 Second Amended Order Scheduling Trial and Pretrial matters remain unchanged. In particular, the pretrial Conference remains set for **Tuesday, October 27, 2009 at 4:00 p.m.** and the Trial Date remains set for **Monday, November 16, 2009 at 9:00 a.m.**

**IT IS SO ORDERED.**

Dated: July 20, 2009

_____
The Honorable Bernard Zimmerman
United States District Court Magistrate Judge

APPROVED AS TO FORM AND CONTENT:

Dated: July 17, 2009                **WOLKIN • CURRAN, LLP**

By: _____/s/ James D. Curran_____
James D. Curran
Shashauna Szczechowicz

Attorneys for Plaintiff, LIBERTY MUTUAL INSURANCE COMPANY

Dated: July 17, 2009                **WILSON & QUINT LLP**

By: _____/s/ Gregory F. Wilson_____
Gregory F. Wilson

Attorney for Defendants/Counter-Claimants
AMIR ETEMADI, UPA GROUP L.C., AMAKO RESORT CONSTRUCTION (U.S.), INC.