UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>Plaintiff,<br><br>v.<br><br>UPA CALIFORNIA, a California general partnership, UPA GROUP, INC., a California corporation, UPCAL CONSTRUCTION, INC., a Utah corporation, UPA RESORT CONSTRUCTION L.C., a limited liability company, PRINCIPAL PARTNERS, L.C., a limited liability company, AMAKO (U.S.), INC., a corporation, AMAKO RESORT CONSTRUCTION (U.S.), INC., a Washington corporation, AMAKO RESORT CONSTRUCTION (CALIFORNIA), INC., a California corporation, AMAKO RESORT CONSTRUCTION, INC., a corporation, and AMIR ETEMADI, an individual,<br><br>Defendants. | Case No. CV 08-0611 BZ<br><br>[~~PROPOSED~~] **JUDGMENT**<br><br>Judge:    Hon. Bernard Zimmerman<br>Dept.:    G<br><br>Trial Date:  November 16, 2009 |

1.

[PROPOSED] JUDGMENT                                             CASE NO. CV 08-0611 BZ

| | |
|---|---|
| 1 | UPA GROUP, L.C., a Utah limited company, AMAKO RESORT CONSTRUCTION (U.S.), INC., a Washington corporation and AMIR ETEMADI, an individual, |
| 2 | |
| 3 | |
| 4 | Counter-Claimants, |
| 5 | v. |
| 6 | LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation, |
| 7 | |
| 8 | Counter-Defendant. |

## JUDGMENT

Based on the facts and documents stipulated between Plaintiff and Counter-Defendant LIBERTY MUTUAL INSURANCE COMPANY ("Liberty") on the one hand, and Defendants and Counter-Claimants UPA GROUP, L.C. ("UPA Group"); AMAKO RESORT CONSTRUCTION (U.S.), INC. ("Amako"); and AMIR ETEMADI ("Etemadi") (collectively, "Defendants") on the other hand, as set forth in the *Stipulation for Judgment*, executed by each of the parties and filed on August 4, 2009 (Document 93), the Court determines that there is no just reason for delay of entry of final judgment, and good cause appearing therefore, the Court enters judgment as follows:

1. Judgment in the amount of Eight Million Seventy Eight Thousand Seven Hundred Sixty Eight Dollars and Sixty Seven Cents (**$8,078,768.67**) (which amount is inclusive of any and all costs and attorney's fees) in favor of Liberty and against Etemadi on Liberty's First Cause of Action (Breach of Contract) and Sixth Cause of Action (Breach of Capital Retention Agreement) asserted in Liberty's First Amended Complaint (Document 19).

2. UPA Group and Amako on the one hand, are not joint and severally liable with Etemadi on the other hand, for that portion of the Judgment in the amount of **$8,078,768.67** (which amount is inclusive of any and all costs and attorney's fees) in favor of Liberty and against Etemadi on Liberty's First Cause of Action (Breach of Contract) and

Sixth Cause of Action (Breach of Capital Retention Agreement) asserted in Liberty's First Amended Complaint (Document 19).

3. Judgment in the amount of Thirty Million Dollars (**$30,000,000**) (which amount is inclusive of any and all costs and attorney's fees) in favor of Liberty and against UPA Group and Amako, jointly and severally, on Liberty's First Cause of Action (Breach of Contract) and Sixth Cause of Action (Breach of Capital Retention Agreement) asserted in Liberty's First Amended Complaint (Document 19).

4. Etemadi on the one hand, is not joint and severally liable with UPA Group and Amako on the other hand, for that portion of the Judgment in the amount of **$30,000,000** (which amount is inclusive of any and all costs and attorney's fees) in favor of Liberty and against UPA Group and Amako on Liberty's First Cause of Action (Breach of Contract) and Sixth Cause of Action (Breach of Capital Retention Agreement) asserted in Liberty's First Amended Complaint (Document 19).

5. Judgment in favor of Liberty and against each of Defendants on all counter-claims asserted in Defendants' First Amended Counter-Claim (Document 49).

6. This Judgment disposes of all claims in Liberty's First Amended Complaint (Document 19) and Defendants' First Amended Counter-Claim (Document 49). Accordingly, other than the First Cause of Action (Breach of Contract) and Sixth Cause of Action (Breach of Capital Retention Agreement), all other causes of action asserted in Liberty's First Amended Complaint (Document 19) are dismissed.

7. There shall be no claims or motions for attorney's fees or costs related to Liberty's First Amended Complaint (Document 19) or Defendants' First Amended Counter-Claim (Document 49).

**JUDGMENT IS SO ENTERED.** All pending dates are VACATED.

Dated: _August 5, 2009_____     _____
                               The Hon. Bernard Zimmerman
                               United States Magistrate Judge

**APPROVED AS TO FORM AND CONTENT**

Dated: August 4, 2009

**Wolkin Curran, LLP**

_____
James D. Curran
Attorneys for
Plaintiff and Counter-Defendant
Liberty Mutual Insurance Company


Dated: August 4, 2009

**Wilson & Quint, LLP**

_____
Gregory F. Wilson
Attorneys for
Defendants and Counter-Claimants
Amir Etemadi
UPA Group, L.C.
Amako Resort Construction (U.S.), Inc.